KAPLAN J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CHARLES KOMAR & SONS, INC.,        Civil Action No. 05 CIV. 8523(LAK)
                                                     ECF Case
              Plaintiff,

v.

DOLLAR GENERAL CORPORATION,

              Defendant.
----------------------------------------X

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel of record for the parties of the above captioned action that the matter be dismissed, pursuant to Federal Rules of Civil Procedure § 41(a)(1), without prejudice and without an award of costs, expenses or disbursements to any party.

Date: Raritan, New Jersey                                   Dated: New York, New York
           March 7, 2006                                           March 7, 2006

_____                          _____
Stephen L. Baker                                                 Sharon H. Stern (SS 3788)
Neil B. Friedman (NF 0591)                      Troutman Sanders LLP
Baker and Ranells, PA                               The Chrysler Building
626 N. Thompson Street                           405 Lexington Avenue
Raritan, New Jersey 08869                       New York, New York 10174

Attorneys for Plaintiff Charles Komar       Attorneys for Defendant Dollar General
& Sons, Inc.                                                Corporation

SO ORDERED:

_____                          3/9/06
Hon. Lewis A. Kaplan                                     Date
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/06